1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Indra Froehlith, | No. CV-13-02346-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Cadtel Systems Incorporated, | |
| Defendant. | |

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 28). Good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 28) and dismissing this matter with prejudice, each side to bear its own attorneys' fees and costs.

Dated this 23rd day of September, 2014.

_____

Neil V. Wake
United States District Judge